241 U. S. Decisions on Petitions for Writs of Certiorari.

June 12, 1916.  Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Seventh Circuit denied.  *Mr. E. F. Thompson* for the petitioner. *Mr. John M. Zane, Mr. Charles F. Morse* and *Mr. J. L. Minnis* for the respondent.

———

No. 1019.  THE FIRST NATIONAL BANK OF ROSWELL, PETITIONER, *v.* HOGGSON BROTHERS.  June 12, 1916. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit denied. *Mr. William C. Reid* for the petitioner.  *Mr. Selden Bacon* for the respondent.

———

No. 1020.  JOSEPH F. WILSON & COMPANY, CLAIMANT, ETC., PETITIONER, *v.* SOUTH ATLANTIC STEAMSHIP COMPANY.  June 12, 1916.  Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied.  *Mr. J. Parker Kirlin, Mr. William R. Leaken* and *Mr. Mark W. Maclay, Jr.,* for the petitioner. *Mr. Samuel B. Adams* for the respondent.

———

No. 1024.  CORNELIA E. CLEMENT, PETITIONER, *v.* MARY ANN WHITTAKER, ETC.  June 12, 1916.  Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Third Circuit denied.  *Mr. Robert H. McCarter* and *Mr. Gilbert Collins* for the petitioner. *Mr. Bayard Stockton* for the respondents.

———

No. 1026.  ST. LOUIS SOUTHWESTERN RAILWAY COMPANY, PETITIONER, *v.* W. H. McLAUGHLIN ET AL.